**CHIN HIN SING, Plaintiff in Error, v. UNITED STATES.**

(Circuit Court of Appeals, Eighth Circuit. August 17, 1925.)

No. 6729.

In Error to the District Court of the United States for the District of Minnesota.

Chin Hin Sing, in pro. per.

Lafayette French, Jr., U. S. Atty., of St. Paul, Minn.

PER CURIAM. Reversed and remanded, with directions to impose fine of $200 and imprisonment for 18 months, etc.

---

**John CHUDY v. UNITED STATES.**

(Circuit Court of Appeals, Sixth Circuit. November 9, 1925.)

No. 4518.

In Error to the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge.

Behrendt & Behrendt, of Detroit, Mich., for plaintiff in error.

Delos G. Smith, U. S. Atty., of Detroit, Mich.

PER CURIAM. Docketed and dismissed, pursuant to motion of counsel for defendant in error.

---

**Lebores CIACIO v. UNITED STATES.**

(Circuit Court of Appeals, Sixth Circuit. February 5, 1926.)

No. 4476.

In Error to the District Court of the United States for the Western District of Kentucky; Charles H. Moorman, Judge.

Edwards, Ogden & Peak, of Louisville, Ky., for plaintiff in error.

W. S. Ball, U. S. Atty., of Louisville, Ky.

PER CURIAM. Dismissed for failure to file briefs under rule 20.

---

**CITY OF BOWDLE et al., Appellants, v. UNITED STATES ex rel., etc.**

(Circuit Court of Appeals, Eighth Circuit. March 23, 1926.)

No. 6757.

Appeal from the District Court of the United States for the District of South Dakota.

Frank McNulty and Dwight Campbell, both of Aberdeen, S. D., for appellants.

Henry Deutsch, of Minneapolis, Minn., and R. F. Williamson and St. Clair Smith, both of Aberdeen, S. D., for appellee.

PER CURIAM. Appeal dismissed, without costs to either party in this court, per stipulation of parties.

---

**CITY OF BOWDLE et al., Plaintiffs in Error, v. UNITED STATES.**

(Circuit Court of Appeals, Eighth Circuit. March 23, 1926.)

No. 6758.

In Error to the District Court of the United States for the District of South Dakota.

Frank McNulty and Dwight Campbell, both of Aberdeen, S. D., for plaintiffs in error.

Henry Deutsch, of Minneapolis, Minn., and R. F. Williamson and St. Clair Smith, both of Aberdeen, S. D., for the United States.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, per stipulation of parties.

---

**HOMER COATNEY, Plaintiff in Error, v. UNITED STATES.**

(Circuit Court of Appeals, Eighth Circuit. March 26, 1926.)

No. 7405.

In Error to the District Court of the United States for the Western District of Oklahoma.

John F. Thomas, of Lawton, Okl., for plaintiff in error.

Leslie E. Salter, Asst. U. S. Atty., of Tulsa, Okl.